UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KANG YUN HI, ZI YAN ZHANG and
ZHU RONG WU,
On behalf of themselves and others
Similarly situated,

                Plaintiffs,                Case No. 10-CIV-6395

           -against-

                                                **STIPULATION OF**
                                                **VOLUNTARY**
                                                **DISMISSAL PURSUANT**
21 HOME'S KITCHEN, INC. and SHAO HUI LI,    **To F.R.C.P. 41(a)(1)(A)(ii)**

               Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned actions is voluntarily dismissed, with prejudice against the defendants, 21 HOME'S KITCHEN INC. AND SHAO HUI LI, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
CK Lee, Esq.
Kraselnick & Lee, PLLC
Attorneys for Plaintiff
30 East 39th Street, 2nd Floor
New York, NY 10016
Tel.: (212)465-1188
Fax: (212)465-1181

_____
Allan Schiller, Esq.
Schiller Law Group, PC
Attorneys for Defendants
130 West 42nd Street, 25th Floor
New York, NY 10036
Tel.: (212)768-8700
Fax: (866)326-1548

So Ordered:

Dated:_____               _____
                                                   United States District Judge